# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



| | |
|---|---|
| DONNA M. WINIARSKI,<br>Plaintiff | CIVIL ACTION |
| v. | NO. 3: 00 CV 2321(RNC) |
| | UNITED STATES COURT<br>OF APPEALS 03-7914 |
| STATE OF CONNECTICUT DEPARTMENT<br>OF PUBLIC HEALTH, DANIEL SAVINO,<br>MARIE ROBERTO, ELISE KREMER,<br>PHILIP MOLLISON, JOHN VITTNER,<br>AND FRANK BOCHNIEWICZ,<br>Defendants | NOVEMBER 21, 2003 |

## INDEX TO THE RECORD ON APPEAL

**No. of Pages**

**Certified Copy of Docket Sheet**      **16**

| DATE<br>FILED | COURT<br>DOCUMENT NO. | DOCUMENT<br>NAME | DOCUMENT NO. |
|---|---|---|---|
| 12/5/00 | 1 | Complaint | 1 |
| 12/5/00 | -- | Summons | 2 |

| | | | |
|---|---|---|---|
| 12/5/00 | 2 | Order Pretrial Deadlines | 3 |
| 1/8/01 | 5 | Appearance | 4 |
| 1/8/01 | 6 | Appearance | 5 |
| 1/16/01 | 7 | Appearance | 6 |
| 1/16/01 | 8 | Appearance | 7 |
| 2/26/01 | 16 | Amended Complaint | 8 |
| 2/27/01 | 17 | Report | 9 |
| 3/2/01 | 18 | Order | 10 |
| 4/2/01 | 24 | Answer | 11 |
| 2/21/02 | 38 | Motion | 12 |
| 3/8/02 | 43 | Appearance | 13 |
| 4/3/02 | 50 | Motion | 14 |
| 4/3/02 | 51 | Memorandum | 15 |
| 8/6/02 | 59 | Recommended Ruling | 16 |
| 8/6/02 | 60 | Ruling and Order | 17 |

| Date | Doc # | Type | # |
|---|---|---|---|
| 8/8/02 | -- | Endorsement | 18 |
| 8/8/02 | -- | Terminated Party | 19 |
| 8/12/02 | 62 | Endorsement | 20 |
| 10/2/02 | 63 | Motion | 21 |
| 10/2/02 | 64 | Notice to Parties | 22 |
| 10/3/02 | -- | Endorsement | 23 |
| 10/9/02 | 65 | Motion | 24 |
| 10/10/02 | 66 | Amended Complaint | 25 |
| 10/11/02 | -- | Endorsement | 26 |
| 10/15/02 | 67 | Motion | 27 |
| 10/15/02 | 68 | Memorandum | 28 |
| 10/15/02 | 69 | Statement | 29 |
| 10/15/02 | 70 | Appendix | 30 |
| 10/15/02 | 71 | Proposed Exh. List | 31 |
| 10/15/02 | 72 | Motion | 32 |

3

| 10/15/02 | 73 | Memorandum | 33 |
| 10/21/02 | 74 | Memorandum | 34 |
| 11/6/02 | 75 | Motion | 35 |
| 11/7/02 | -- | Endorsement | 36 |
| 11/13/02 | -- | Endorsement | 37 |
| 12/3/02 | 76 | Amended Complaint | 38 |
| 12/24/02 | 77 | Motion | 39 |
| 12/24/02 | 78 | Statement | 40 |
| 12/27/02 | -- | Endorsement | 41 |
| 12/30/02 | 79 | Memorandum | 42 |
| 1/15/03 | 80 | Motion | 43 |
| 1/16/03 | -- | Endorsement | 44 |
| 1/24/03 | 81 | Reply | 45 |
| 1/24/03 | 82 | Reply | 46 |
| 1/24/03 | 83 | Memorandum | 47 |

| Date | No. | Description | Page |
|---|---|---|---|
| 1/24/03 | 84 | Objection/Motion | 48 |
| 1/24/03 | 85 | Memorandum | 49 |
| 2/10/03 | 86 | Motion | 50 |
| 2/11/03 | -- | Endorsement | 51 |
| 2/24/03 | 87 | Supplemental Response | 52 |
| 2/24/03 | 88 | Opposition Memorandum | 53 |
| 3/7/03 | -- | Telephone Motion | 54 |
| 3/14/03 | 89 | Reply | 55 |
| 4/3/03 | 90 | Telephone Motion | 56 |
| 4/3/03 | -- | Minute Entry | 57 |
| 7/21/03 | 91 | Ruling and Order | 58 |
| 7/21/03 | -- | Terminated Document | 59 |
| 7/28/03 | 92 | Telephonic Conference/ Transcript | 60 |
| 7/28/03 | 93 | Judgment | 61 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 7/28/03 | 94 | Letter | 62 |
| 7/28/03 | -- | Endorsement | 63 |
| 7/29/03 | -- | Case Closed | 64 |
| 8/28/03 | 95 | Notice of Appeal | 65 |
|  |  | Certified Copy of Docket Sheet | 66 |
|  |  | Clerk's Certificate | 67 |

PLAINTIFF/APPELLANT
DONNA M. WINIARSKI

By_____
John Rose, Jr.  ct04228
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, First Class, postage prepaid, to the following on November 21, 2003:

Stephen M. Sedor, Esq.
Vaughan Finn, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

_____
John Rose, Jr.

7