UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA M. WINIARSKI,<br>    Plaintiff | : CIVIL ACTION<br>:<br>: NO. 3: 00 CV 2321 (RNC)<br>:<br>: UNITED STATES COURT<br>: OF APPEALS<br>:<br>: NOVEMBER 21, 2003 |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT<br>OF PUBLIC HEALTH, DANIEL SAVINO,<br>MARIE ROBERTO, ELISE KREMER,<br>PHILIP MOLLISON, JOHN VITTNER,<br>AND FRANK BOCHNIEWICZ,<br>    Defendants | |

### INDEX TO THE RECORD ON APPEAL

**No. of Pages**

Certified Copy of Docket Sheet             16

| DATE<br>FILED | COURT<br>DOCUMENT NO. | DOCUMENT<br>NAME | DOCUMENT NO. |
|---|---|---|---|
| 12/5/00 | 1 | Complaint | 1 |
| 12/5/00 | -- | Summons | 2 |