# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT



| | |
|---|---|
| DONNA M. WINIARSKI,<br>Plaintiff<br><br>v.<br><br><br>STATE OF CONNECTICUT DEPARTMENT<br>OF PUBLIC HEALTH, DANIEL SAVINO,<br>MARIE ROBERTO, ELISE KREMER,<br>PHILIP MOLLISON, JOHN VITTNER,<br>AND FRANK BOCHNIEWICZ,<br>THOMAS CARSON, THOMAS WIERBONICS,<br>LEN MCCAIN AND THOMASINA CARR<br>Defendants | CIVIL ACTION<br><br>NO. 3: 00 CV 2321(RNC)<br><br>UNITED STATES COURT<br>OF APPEALS 03-7914<br><br><br>APRIL 5, 2004 |

### STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 42b, Counsel for the Appellant Donna M. Winiarski (hereafter "Appellant") and counsel for the Appellees, State of Connecticut Department of Public Health, et als (hereafter "Appellees") jointly stipulate the Court for a dismissal of the appeal of this matter, with prejudice and without cost to either party. The matter has been settled and no appeal is required.

CERTIFIED:    APR 3 0 2004

| PLAINTIFF/APPELLANT<br>DONNA M. WINIARSKI | DEFENDANTS/APPELLEES<br>STATE OF CONNECTICUT<br>DEPARTMENT OF PUBLIC HEALTH<br>ET ALS |
|---|---|
| By _____<br>David M. Sheridan, ct00352<br>LEVY & DRONEY, P.C.<br>74 Batterson Park Road<br>Farmington, CT 06032<br>(860)676-3000 | BY _____<br>Gary S. Starr<br>Shipman & Goodwin, LLP<br>One American Row<br>Hartford, CT 06103<br>(860)251-5000 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage prepaid, to the following on April 5, 2004:

Gary S. Starr, Esq.
Stephen M. Sedor, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

_____
David M. Sheridan

So ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

2